Leonard BOWLING, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71519.

Missouri Court of Appeals,
Eastern District,
Division Six.

Sept. 9, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and ROBERT G. DOWD, Jr., JJ.

*ORDER*

Movant appeals after his Rule 24.035 motion was denied without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).